Eastern District of Kentucky
FILED

JUN 2 9 2009

AT LEXINGTON
LESLIE G W...
CLERK U S DI...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:09-cv-00017-KKC

CAROLYN KLOTZ                                            PLAINTIFF

VS.                          **ORDER**

UNITED STATES of AMERICA                                 DEFENDANT

\* \* \* \* \*

Upon motion of the United States and for good cause shown,

It is hereby ORDERED:

(1) that the United States 's motion is GRANTED;

(2) that the above-styled action is DISMISSED, without prejudice, because the court lacks jurisdiction; and

(3) that the above -styled action is STRICKEN from the docket of this court.

This the 29 day of June 2009.

_Karen Caldwell_
JUDGE U.S. DISTRICT COURT